NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RICHARD M. ZELMA,** | |
| **Plaintiff,** | |
| v. | Civil Action No.: 13-2698 (ES)(JAD) |
| **TOYOTA FINANCIAL SERVICES AMERICAS CORPORATION, d/b/a TOYOTA FINANCIAL SERVICES, NEIL KUPERMAN, EVAN KUPERMAN and GALAXY NYACK, INC., d/b/a ROCKLAND TOYOTA and DOES' (1-5) and ABC CORPORATIONS' (1-5); each acting individually, in concert or as a group,** | **MEMORANDUM & ORDER** |
| **Defendants.** | |

**SALAS, DISTRICT JUDGE**

Pending before the Court is plaintiff Richard M. Zelma's ("Plaintiff") motion to remand this action to the Superior Court of New Jersey, Bergen County, (D.E. No. 9), as well as a motion to dismiss by certain defendants, (*see* D.E. No. 7). On October 1, 2013, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the undersigned grant Plaintiff's motion and remand this matter accordingly. (D.E. No. 19). The parties had fourteen days to file and serve any objections to Judge Dickson's Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). To date, neither party has filed any objections.

Having reviewed the parties' submissions and Judge Dickson's Report and Recommendation, and for the reasons stated therein,

**IT IS** on this 23rd day of December 2013,

**ORDERED** that this Court adopts Magistrate Judge Dickson's Report and Recommendation, (D.E. No. 19), in full, as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's motion to remand, (D.E. No. 9), is GRANTED; and it is further

**ORDERED** that the motion to dismiss by certain defendants, (D.E. No. 7), is DENIED without prejudice as moot; and it is further

**ORDERED** that this matter is hereby REMANDED to Superior Court, Bergen County.

*/s/ Esther Salas*
**Esther Salas, U.S.D.J.**