William T. Walsh
Clerk

*UNITED STATES DISTRICT COURT*
*MARTIN LUTHER KING, JR.*
*FEDERAL BLD & U.S. COURTHOUSE*
*50 WALNUT STREET*
*P.O. BOX 419*
*NEWARK, N.J. 07101-0419*

CAMDEN OFFICE
USPO & Courthouse
401 Market Street
Camden, N.J. 08101

TRENTON OFFICE
402 East State Street

CLERK'S OFFICE
SUPERIOR COURT OF NJ
BERGEN COUNTY
10 MAIN STREET
HACKENSACK, NJ 07601

P.O. Box 515
Trenton, N.J. 08603

*REPLY TO: Newark*

*Date: 12/26/13*

Re: ZELMA V TOYOTA FINANCIAL SERVICES AMERICAS
    CORP., ETAL
    Your No. BER-L-01027-13
    U.S. District Court No. 13-2698

Dear Sir/Madam:

Pursuant to Order of Remand entered in above matter, enclosed
please find one Certified copy of Order of Remand and one
Certified copy of docket sheet.

Kindly acknowledge receipt on copy of this letter.

Very truly yours,

William T. Walsh, Clerk

by: Jane BelleMonache

Deputy Clerk

Enclosure
cc: All counsel/parties

RECEIPT IS ACKNOWLEDGED THIS _____ DAY OF _____, 199